Order issued September 18 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01543-CR

**ERIC GLENN BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** this appeal.

On August 22, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 6, 2012, we received appellant's brief, together with an extension motion. Therefore, we **VACATE** the August 22, 2012 order requiring findings.

We **GRANT** the September 6, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE